FERDINAND S. M. BLUN, Respondent, *v.* REBECCA MAYER et al., Appellants.   (Actions Nos. 1 and 2.)

Reported below, 113 App. Div. 242; 113 App. Div. 247.
(Argued October 1, 1906; decided October 16, 1906.)

MOTION to dismiss appeals from judgments of the Appellate Division of the Supreme Court in the first judicial department, entered May 20, 1906, modifying and affirming as modified judgments in favor of plaintiff entered upon reports of a referee.

The motion was made upon the grounds that the Appellate Division had unanimously decided that there was evidence tending to sustain the findings of fact, and no questions of law were presented for review.

*Charles Edward Souther* for motion.

*Louis Marshall* opposed.

Motion denied, with ten dollars costs.